COMMONWEALTH of Pennsylvania,
Respondent

v.

Kevin BLACKWELL, Petitioner

No. 138 WAL 2017

Supreme Court of Pennsylvania.

August 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Daryl COOK, Petitioner

v.

CITY OF PHILADELPHIA, City Solicitor, Lieutenant Dean, Officer Fennell, Major May, Detective Gregory Rodden, Jeffrey Minehart, Michael Barry and Lee Mandell, Respondents

No. 95 EAL 2017

Supreme Court of Pennsylvania.

August 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.

Manuel J. BURGOS

v.

MORGAN, LEWIS & BOCKIUS, LLP, Philabundance, Chaundra Loesch, William J. Clark and Melanie S. Jumonville

Petition of: Philabundance, Chaundra Loesch, William J. Clark and Melanie S. Jumonville

No. 152 EAL 2017

Supreme Court of Pennsylvania.

August 28, 2017

### ORDER

PER CURIAM

AND NOW, this 28th day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.